**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 180 MM 2015
                                  :
         Respondent         :
                                    :
                                    :
               v.                :
                                    :
MICHAEL LEON HALEY SR.,     :
                                    :
         Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of January, 2016, the Application to Exceed Word Limitation is **DENIED**. Petitioner is **DIRECTED** to file a compliant Petition for Allowance of Appeal within 30 days.

     Mr. Justice Eakin did not participate in the consideration or decision of this matter.